# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
ONTIVEROS, DAVID § Case No. 12-40895
§
Debtor(s) §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          Kenneth Gardner
          U.S. Bankruptcy Court Clerk
          219 South Dearborn Street- 7th Floor
          Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 06/27/2013 in Courtroom 644,
          United States Courthouse
          219 South Dearborn Street
          Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____ By: Kenneth S. Gardner_____
                                                          Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
ONTIVEROS, DAVID § Case No. 12-40895
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 21,000.00 |
| and approved disbursements of | $ | 4,076.64 |
| leaving a balance on hand of[1] | $ | 16,923.36 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Phillip D. Levey | $ 2,450.00 | $ 0.00 | $ 2,450.00 |
| Trustee Expenses: Phillip D. Levey | $ 26.48 | $ 0.00 | $ 26.48 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 1,530.00 | $ 0.00 | $ 1,530.00 |

Total to be paid for chapter 7 administrative expenses    $    4,006.48
Remaining Balance                                          $   12,916.88

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 78,013.40 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD, LLC its successors and assigns as assignee | $ 448.81 | $ 0.00 | $ 74.31 |
| 000002 | PYOD, LLC its successors and assigns as assignee | $ 9,888.53 | $ 0.00 | $ 1,637.27 |
| 000003 | Fifth Third Bank | $ 16,978.80 | $ 0.00 | $ 2,811.22 |
| 000004 | State Farm Bank | $ 5,079.64 | $ 0.00 | $ 841.05 |
| 000005 | eCAST Settlement Corporation, assignee | $ 23,534.84 | $ 0.00 | $ 3,896.72 |
| 000006 | FIA CARD SERVICES, N.A. | $ 17,231.42 | $ 0.00 | $ 2,853.05 |
| 000007 | American Express Centurion Bank | $ 2,666.92 | $ 0.00 | $ 441.57 |
| 000008 | Portfolio Recovery Associates, LLC | $ 2,184.44 | $ 0.00 | $ 361.69 |

Total to be paid to timely general unsecured creditors    $ 12,916.88

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
```

In re:                                                              Case No. 12-40895-PSH
DAVID ONTIVEROS                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: lkorotko              Page 1 of 2                  Date Rcvd: May 30, 2013
                              Form ID: pdf006             Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2013.
```
db           +DAVID ONTIVEROS,    3238 N. NEWCASTLE,   Chicago, IL 60634-4638
19568788      AMERICAN EXPRESS,    P.O. BOX 0001,   Los Angeles, CA 90096-8080
20250804      American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19568789     +BANK OF AMERICA,    P. O. BOX 851001,   Dallas, TX 75285-1001
19568790     +CHASE BANK,    P. O. BOX 15153,   Wilmington, DE 19886-5153
19568791     +CITIBANK,    PROCESSING CENTER,   Des Moines, IA 50363-0001
20213187      FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
19568792      FIFTH THIRD BANK,    P. O. BOX 740789,   CINCINATTI, OH
20038719     +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,   Dallas, TX 75243-4652
19766092     +LINCOLN PARK ANES PAIN MG,    PO BOX 1123,   Jackson, MI 49204-1123
19766093     +PATHOLOGY CHPSC,    PO BOX 2486,   INDIANAPOLIS, IN 46206-2486
20434789    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court:   Portfolio Recovery Associates, LLC,    successor to Capital One, N.A.,
               HSBC BANK NEVADA, N.A,    PRA Receivables Mgnt, LLC, agent,   PO Box 41067,   Norfolk, VA 23541)
19766094      SAINT JOESEPH HOSPITAL,    62392 COLLECTION CENTER DRIVE,   Chicago, IL 60693-0623
20192934      State Farm Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19568793     +VISA,    P. O. BOX 23025,   Columbus, GA 31902-3025
20200807      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,   POB 29262,
               New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20009466     +E-mail/Text: resurgentbknotifications@resurgent.com May 31 2013 01:34:02
              PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
              Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                             TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 01, 2013**              **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: lkorotko              Page 2 of 2              Date Rcvd: May 30, 2013
                              Form ID: pdf006             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2013 at the address(es) listed below:

          Mitchell  Chapman    on behalf of Debtor DAVID  ONTIVEROS myattorney@hotmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Phillip D Levey, ESQ    levey47@hotmail.com, plevey@ecf.epiqsystems.com

                                                                                                                                                       TOTAL: 3