UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
ONTIVEROS, DAVID § Case No. 12-40895
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Phillip D. Levey_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| David Ontiveros |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMERICAN EXPRESS P.O. BOX 0001 Los Angeles, CA 90096-8080 | | | | | |
| | BANK OF AMERICA P. O. BOX 851001 Dallas, TX 75285 | | | | | |
| | CHASE BANK P. O. BOX 15153 Wilmington, DE 19886 | | | | | |
| | CITIBANK PROCESSING CENTER Des Moines, IA 50363 | | | | | |
| | FIFTH THIRD BANK P. O. BOX 740789 CINCINATTI, OH | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LINCOLN PARK ANES PAIN MG PO BOX 1123 Jackson, MI 49204 | | | | | |
| | PATHOLOGY CHPSC PO BOX 2486 INDIANAPOLIS, IN 46206 | | | | | |
| | SAINT JOESEPH HOSPITAL 62392 COLLECTION CENTER DRIVE Chicago, IL 60693-0623 | | | | | |
| | VISA P. O. BOX 23025 Columbus, GA 31902 | | | | | |
| 000007 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000005 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000006 | FIA CARD SERVICES, N.A. | | | | | |
| 000003 | FIFTH THIRD BANK | | | | | |
| 000008 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000002 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000004 | STATE FARM BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-40895 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | Phillip D. Levey |
| Case Name: | ONTIVEROS, DAVID | | | Date Filed (f) or Converted (c): | 10/15/12 (f) |
| | | | | 341(a) Meeting Date: | 12/07/12 |
| For Period Ending: | 05/17/13 | | | Claims Bar Date: | 05/02/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 401 k PLAN AT T. D. AMERITRADE | 65,218.68 | 0.00 | | 0.00 | FA |
| 2. 2007 CHEVY TAHOE | 19,000.00 | 15,000.00 | | 21,000.00 | FA |
| 3. 2005 INFINITI G35 | 8,000.00 | 5,600.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $92,218.68 | $20,600.00 | | $21,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /     Current Projected Date of Final Report (TFR):  / /

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 17.02c

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| Case No: | 12-40895 -PSH | Trustee Name: | Phillip D. Levey |
| Case Name: | ONTIVEROS, DAVID | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******3117 Checking |
| Taxpayer ID No: | *******1800 | | |
| For Period Ending: | 08/26/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/26/13 | 2 | Carmax | Sale of Automobile | 1129-000 | 21,000.00 | | 21,000.00 |
| 03/04/13 | 010001 | David Ontiveros<br>3238 North Newcastle<br>Chicago, IL 60634 | Exemption re 2007 Chevrolet Tahoe | 8100-000 | | 4,000.00 | 17,000.00 |
| 03/07/13 | 010002 | International Sureties, Ltd.<br>701 Poydras St.<br>New Orleans, LA 70139 | Trustee's Bond<br>Blanket Bond Premium for 2/1/13 to 2/1/14. | 2300-000 | | 14.33 | 16,985.67 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 16,975.67 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.93 | 16,947.74 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.38 | 16,923.36 |
| 07/02/13 | 010003 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 2,450.00 | 14,473.36 |
| 07/02/13 | 010004 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 26.48 | 14,446.88 |
| 07/02/13 | 010005 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,530.00 | 12,916.88 |
| 07/02/13 | 010006 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000001, Payment 16.55712% | 7100-000 | | 74.31 | 12,842.57 |
| 07/02/13 | 010007 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000002, Payment 16.55726% | 7100-000 | | 1,637.27 | 11,205.30 |
| 07/02/13 | 010008 | Fifth Third Bank | Claim 000003, Payment 16.55724% | 7100-000 | | 2,811.22 | 8,394.08 |
| | | | Page Subtotals | | 21,000.00 | 12,605.92 | |

Ver: 17.02g

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-40895 -PSH | | Trustee Name: | Phillip D. Levey |
| Case Name: | ONTIVEROS, DAVID | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3117  Checking |
| Taxpayer ID No: | *******1800 | | | |
| For Period Ending: | 08/26/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/02/13 | 010009 | State Farm Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243 | Claim 000004, Payment 16.55728%<br>(4-1) CREDIT CARD DEBT | 7100-900 | | 841.05 | 7,553.03 |
| 07/02/13 | 010010 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000005, Payment 16.55724%<br>(5-1) CREDIT CARD DEBT | 7100-000 | | 3,896.72 | 3,656.31 |
| 07/02/13 | 010011 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Claim 000006, Payment 16.55725% | 7100-000 | | 2,853.05 | 803.26 |
| 07/02/13 | 010012 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000007, Payment 16.55730%<br>(7-1) CREDIT CARD DEBT | 7100-000 | | 441.57 | 361.69 |
| 07/02/13 | 010013 | Portfolio Recovery Associates, LLC<br>successor to Capital One, N.A.<br>HSBC BANK NEVADA, N.A<br>PRA Receivables Mgnt, LLC, agent<br>PO Box 41067<br>Norfolk, VA 23541 | Claim 000008, Payment 16.55756% | 7100-000 | | 361.69 | 0.00 |

Page Subtotals         0.00         8,394.08

Ver: 17.02g

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2                                                                                                    Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                         Exhibit 9

| Case No: | 12-40895 -PSH | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | ONTIVEROS, DAVID | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******3117  Checking |
| Taxpayer ID No: | *******1800 | | |
| For Period Ending: | 08/26/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  | COLUMN TOTALS |  | 21,000.00 | 21,000.00 | 0.00 |
|  |  |  | Less:  Bank Transfers/CD's |  | 0.00 | 0.00 |  |
|  |  |  | Subtotal |  | 21,000.00 | 21,000.00 |  |
|  |  |  | Less:  Payments to Debtors |  |  | 4,000.00 |  |
|  |  |  | Net |  | 21,000.00 | 17,000.00 |  |
|  |  |  |  |  |  | NET | ACCOUNT |
|  |  |  | TOTAL - ALL ACCOUNTS |  | NET DEPOSITS | DISBURSEMENTS | BALANCE |
|  |  |  | Checking - *******3117 |  | 21,000.00 | 17,000.00 | 0.00 |
|  |  |  |  |  | ---------------------- | ---------------------- | ---------------------- |
|  |  |  |  |  | 21,000.00 | 17,000.00 | 0.00 |
|  |  |  |  |  | ============ | ============ | ============ |
|  |  |  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 17.02g

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*